Finding no error in the record, the judgment is affirmed.

---

### SMITH v. STATE.    (No. 6875.)

(Court of Criminal Appeals of Texas. June 14, 1922.)

Criminal law ☞511(1)—Corroboration of accomplice held insufficient to sustain conviction of theft from the person.

In a prosecution for theft from the person, evidence aside from the testimony of an accomplice *held* insufficient to corroborate the accomplice, and therefore not to sustain the conviction.

Appeal from District Court, Potter County; Henry S. Bishop, Judge.

C. W. Smith was convicted of theft from the person, and he appeals. Reversed and remanded.

Veale & Lumpkin, of Amarillo, for appellant.

R. G. Storey, Asst. Atty. Gen., for the State.

HAWKINS, J. Conviction is for theft from the person, with an assessed punishment of two years' confinement in the penitentiary.

This is a companion case to No. 6874, A. C. Huckaby v. State, 240 S. W. 557, and No. 6876, T. J. Huckaby v. State, 240 S. W. 558 (opinions delivered April 26, 1922) 240 S. W. 558. The facts in the instant case are identical with those stated in the opinions supra. This case must be reversed for insufficient corroboration of the accomplice witness, and

the foregoing cases are referred to for a statement of facts.

The judgment of the trial court is reversed, and the cause remanded.

---

### GREEN v. STATE.    (No. 7118.)

(Court of Criminal Appeals of Texas. June 14, 1922.)

Criminal law ☞1131(1)—Defendant's request to withdraw appeal by affidavit in due form granted.

Where defendant files affidavit in due form to withdraw appeal, the appeal will be abated.

Appeal from District Court, Jack County; F. O. McKinsey, Judge.

Charley Green was convicted of murder, and he appeals. Appeal abated.

R. G. Storey, Asst. Atty. Gen., for the State.

LATTIMORE, J. Appellant was convicted in the district court of Jack county of murder, and his punishment fixed at 10 years in the penitentiary. There appears on file with the papers of this case an affidavit of appellant's desire to withdraw his appeal. Said affidavit appears to be in due form, and the request of appellant is granted, and the appeal is abated.